Erik N. Videlock, Esq. (PA Bar No. 28689)*
E-Mail: videlocke@pepperlaw.com
**PEPPER HAMILTON LLP**
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
Telephone 215.981.4000
Facsimile 215.981.4750

Attorneys for NEUROGRAFIX

Luke G. Anderson (State Bar No. 210699)
E-Mail: luke.anderson@klgates.com
**K&L GATES LLP**
1900 Main Street, Suite 600
Irvine, CA 92614-7319
Telephone (949) 253-0900
Facsimile (949) 253-0902

Attorneys for WASHINGTON RESEARCH FOUNDATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

*Admitted *pro hac vice*.                                   1

| | |
|---|---|
| NEUROGRAFIX, a California corporation; WASHINGTON RESEARCH FOUNDATION, a not-for-profit Washington corporation,<br><br>Plaintiffs,<br>v.<br><br>OAK TREE MEDICAL CORPORATION, a California corporation, OAK TREE ASC, LLC, a California limited liability corporation; and JAY TSURUDA, M.D., an individual,<br><br>Defendants.<br><br>And All Related Cross-Actions | Case No.  CV 08-02923 CAS (JTLx)<br><br>ASSIGNED TO THE HON. CHRISTINA A. SNYDER, CTRM. 5<br><br>**NOTICE OF SETTLEMENT** |

///

At a mediation conducted before former U.S. District Court Judge Layn R. Phillips on Friday, February 6, 2009, the parties to the above-captioned action agreed to a settlement resolving all claims, counterclaims and third-party claims in the action, subject to the preparation and execution of a formal settlement documentation within 30 days of February 6, 2009.  Accordingly, the parties expect to be able to file a stipulation of dismissal within 45 days of today.

2

| | | | |
|---|---|---|---|
| 1 | Dated: | February 8, 2009 | Respectfully submitted, |
| 2 | | | |
| 3 | | | By:_____/s/_____ |
| 4 | | | Erik N. Videlock, Esq. |
| | | | PEPPER HAMILTON LLP |
| 5 | | | 3000 Two Logan Square |
| 6 | | | Eighteenth & Arch Streets |
| | | | Philadelphia, PA 19103-2799 |
| 7 | | | Telephone: 215.981.4000 |
| 8 | | | Facsimile: 215.981.4750 |
| | | | E-mail: videloce@pepperlaw.com |
| 9 | | | |
| 10 | | | Anne M. Shyjan, Esq. |
| | | | PEPPER HAMILTON LLP |
| 11 | | | 15th Floor, Oliver Street Tower |
| 12 | | | 125 High Street |
| | | | Boston, MA 02110-2736 |
| 13 | | | Telephone 617.204.5100 |
| 14 | | | Facsimile 617.204.5150 |
| | | | E-Mail: shyjana@pepperlaw.com |
| 15 | | | |
| 16 | | | Attorneys for NEUROGRAFIX |

3

| | | | |
|---|---|---|---|
| 1 | Dated: | February 8, 2009 | Respectfully submitted, |
| 2 | | | |
| 3 | | | By:_____/s/_____ |
| | | |    Luke G. Anderson, Esq. |
| 4 | | |    K&L GATES LLP |
| 5 | | | 1900 Main Street, Suite 600 |
| | | | Irvine, CA 92614-7319 |
| 6 | | | Telephone: 949.253.0900 |
| 7 | | | Facsimile: 949. 253.0902 |
| | | | E-Mail: luke.anderson@klgates.com |
| 8 | | | |
| 9 | | | David A. Linehan, Esq. |
| | | | David T. McDonald, Esq. |
| 10 | | | K&L GATES LLP |
| 11 | | | 925 Fourth Avenue, Suite 2900 |
| | | | Telephone (206) 623-7580 |
| 12 | | | Facsimile (206) 623-7022 |
| 13 | | | Seattle, WA, 98104-1158 |
| | | | E-Mail: david.linehan@klgates.com |
| 14 | | |       david.mcdonald@klgates.com |
| 15 | | | Attorneys for WASHINGTON |
| 16 | | | RESEARCH FOUNDATION |