AO 120 (Rev. 3/04)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court ___Central District of California___ on the following ☐ Patents or ☒ Trademarks

| DOCKET NO.<br>CV 08-02923 | DATE FILED<br>CAS JTLx | U.S. DISTRICT COURT<br>Central District of California |
|---|---|---|

| PLAINTIFF | DEFENDANT |
|---|---|
| Neurografix a California Corporation; Washington Research Foundation, a not-for-profit Washington Corporation | Oak Tree Medical Corporation, a California Corporation, Oak Tree ASC, LLC, a California limitied liability corporation and Jay Tsuruda M.D., |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1  5,560,360 | 10/1/1996 | Univeristy of Washington (Owner by Assignment |
| 2  5,560,360 | 10/1/1996 | Washington Research Foundation (Exclusive Licensee) |
| 3  5,560,360 | 10/1/1996 | NeuroGrafix, Inc. (Exclusive Licensee) |
| 4 | | |
| 5 | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | |
|---|---|---|
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| CIVIL MINUTES OF 2/9/2009 REMOVING ACTION FROM THE ACTIVE LIST PURSUANT TO SETTLEMENT |

| CLERK<br>TERRY NAFISI | (BY) DEPUTY CLERK<br>G. KAMI | DATE<br>2/11/2009 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director   Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director   Copy 4—Case file copy

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| CIVIL MINUTES - GENERAL | JS-6 |
|---|---|

| Case No. | CV08-2923-CAS(JTLx) | Date | February 9, 2009 |
|---|---|---|---|
| Title | *NEUROGRAFIX; ET AL. v. OAK TREE MEDICAL CORPORATION; ET AL. [AND RELATED CROSS ACTIONS]* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, JUDGE | |
|---|---|---|
| Catherine M. Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:           Attorneys Present for Defendants:

Not Present                                           Not Present

**Proceedings:**     (IN CHAMBERS) - ORDER REMOVING ACTION FROM THE ACTIVE LIST OF CASES, PURSUANT TO SETTLEMENT.

THE COURT, having been notified by counsel that the above-entitled action has been settled on or about February 8, 2009;

IT IS HEREBY ORDERED that this action is hereby removed from this Court's active caseload until further application by the parties or order of this Court.

IT IS FURTHER ORDERED that counsel shall file a proper stipulation for dismissal or a joint report detailing settlement status within 60 days and every quarter thereafter until a stipulation for dismissal is filed.

This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action. All dates in this action are hereby **VACATED**.

IT IS SO ORDERED.

|   |   | 00 | : | 00 |
|---|---|---|---|---|
|   | Initials of Preparer | CMJ | | |