1

2

3

4

5

6

7

8

9

10

11

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| NEUROGRAFIX, a California corporation; WASHINGTON RESEARCH FOUNDATION, a not-for-profit Washington corporation, | Case No.  CV 08-02923 CAS (JTLx) |
| | ASSIGNED TO THE HON. CHRISTINA A. SNYDER, CTRM. 5 |
| Plaintiffs, | **JOINT SETTLEMENT STATUS REPORT** |
| v. | |
| OAK TREE MEDICAL CORPORATION, a California corporation, OAK TREE ASC, LLC, a California limited liability corporation; and JAY TSURUDA, M.D., an individual, | |
| Defendants. | |
| And All Related Cross-Actions | |

///

///

Pursuant to the Court's February 9, 2009 Order Removing Action From the Active List of Cases, the Parties jointly submit this statement reporting on the status

1

1 | of their settlement.  At the mediation conducted before former U.S. District Court

2 | Judge Layn R. Phillips on February 6, 2009, the Parties reached agreement on a

3 | settlement, subject to preparation and execution of a formal settlement agreement.

4 | While the Parties have reached substantial agreement on the terms of such

5 | document, a few issues remain unresolved.  If the Parties are unable to negotiate a

6 | resolution of the remaining issues, those issues will be submitted to Layn R.

7 | Phillips for resolution, first by way of expedited telephonic mediation, and if

8 | unsuccessful, by way of final, binding, non-appealable resolution.   The Parties

9 | expect that the settlement will be concluded before the next reporting requirement.

10

11 | Dated:          April 10, 2009          Respectfully submitted,

12

13 | By:_____/s/_____

Erik N. Videlock, Esq.

14 | PEPPER HAMILTON LLP

3000 Two Logan Square

15 | Eighteenth & Arch Streets

16 | Philadelphia, PA 19103-2799

Telephone: 215.981.4000

17 | Facsimile: 215.981.4750

18 | E-mail: videloce@pepperlaw.com

19

Anne M. Shyjan, Esq.

20 | PEPPER HAMILTON LLP

15th Floor, Oliver Street Tower

21 | 125 High Street

22 | Boston, MA 02110-2736

Telephone 617.204.5100

23 | Facsimile 617.204.5150

24 | E-Mail:  shyjana@pepperlaw.com

25

Attorneys for NeuroGrafix

26

27

28

2

1

2

Dated:        April 10, 2009        Respectfully submitted,

3

By:_____/s/_____

4

Luke G. Anderson, Esq.

K&L GATES LLP

5

1900 Main Street, Suite 600

6

Irvine, CA 92614-7319

Telephone: 949.253.0900

7

Facsimile: 949. 253.0902

E-Mail: luke.anderson@klgates.com

8

9

David A. Linehan, Esq.

David T. McDonald, Esq.

10

K&L GATES LLP

11

925 Fourth Avenue, Suite 2900

Telephone (206) 623-7580

12

Facsimile (206) 623-7022

13

Seattle, WA, 98104-1158

E-Mail: david.linehan@klgates.com

14

david.mcdonald@klgates.com

15

Attorneys for Washington Research

16

Foundation

17

18

Dated:        April 10, 2009        Respectfully submitted,

19

By:_____/s/_____

20

Michael R. O'Neill, Esq.

James D. Hill M.D., Esq.

21

McDERMOTT WILL & EMERY LLP

22

18191 Von Karman Avenue, Suite 500

Irvine, CA  92612-7107

23

Telephone: 949.851.0633

24

Facsimile: 949.851.9348

E-Mails: moneill@mwe.com

25

jhill@mwe.com

26

Attorneys for Oak Tree Medical Corporation

27

and Oak Tree ASC, LLC as Defendants

28

1

Dated:          April 10, 2009          Respectfully submitted,

2

3          By:_____/s/_____

George Hampton, Esq.

4          HAMPTONHOLLEY LLP

2101 E Coast Hwy Ste 260

5          Corona Del Mar, CA, 92625

Telephone: 949.718.4550

6          Facsimile: 949.718.4580

E-Mails: ghampton@hamptonholley.com

7

8

9          Attorney for Oak Tree Medical Corporation
and Oak Tree ASC, LLC as Cross-claimants

10

11          Dated:          April 10, 2009          Respectfully submitted,

12

By:_____/s/_____

13          Michael Adler, Esq.

Joel Tantalo, Esq.

14           TANTALO & ADLER LLP

9300 Wilshire Blvd., Suite 550

15          Los Angeles, CA 90212

Telephone: 310.734.8695

16          Facsimile: 310.734.8696

E-Mails: madler@ta-llp.com

17                    jtantalo@ta-llp.com

18

19

20          Attorneys for Jay Tsuruda, M.D.

21

22

23

24

25

26

27

28

4

Dated: April 10, 2009

Respectfully submitted,

By: _____/s/_____

Richard J. Burdge, Jr., Esq.
HOWREY LLP
550 South Hope St.
Suite 1100
Los Angeles, CA 90071
Telephone: 213.892.1800
Facsimile: 213.892.2300
E-Mail: BurdgeR@howrey.com

John M. DiMatteo, Esq.
Eugene L. Chang, Esq.
David D. Lee, Esq.*
WILLKIE, FARR & GALLAGHER LLP
787 Seventh Avenue
New York, NY 10019
Telephone: 212.728.8299
Facsimile: 212.728.9299
E-Mails: jdimatteo@willkie.com
echang@willkie.com
dlee1@willkie.com

Attorneys for Philips Electronics North
America Corporation D/B/A Philips Medical
Systems North America