UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| NEUROGRAFIX, a California corporation; WASHINGTON RESEARCH FOUNDATION, a not-for-profit Washington corporation,<br><br>Plaintiffs,<br>v.<br><br>OAK TREE MEDICAL CORPORATION, a California corporation, OAK TREE ASC, LLC, a California limited liability corporation; and JAY TSURUDA, M.D., an individual,<br><br>Defendants.<br><br>And All Related Cross-Actions | Case No. CV 08-02923 CAS (JTLx)<br><br>ASSIGNED TO THE HONORABLE. CHRISTINA A. SNYDER,<br><br>CTRM. 5<br><br>**STIPULATION TO DISMISS ACTION WITH PREJUDICE AND [PROPOSED] ORDER**<br><br>**JURY TRIAL DEMANDED** |

///

///

///

1

# STIPULATION

NeuroGrafix, Washington Research Foundation, Oak Tree Medical Corporation and Oak Tree ASC, LLC, Jay Tsuruda, M.D., and Philips Electronics North America Corporation d/b/a Philips Medical Systems North America (collectively, the "Parties") hereby stipulate, through their respective counsels of record, to a dismissal of all claims, counterclaims and third party claims in the present action, with prejudice. The Parties further stipulate, agree and consent that each party shall bear its own costs and attorneys' fees herein incurred.

Dated:   June 30, 2009         Respectfully submitted,

By:_____/s/_____
Erik N. Videlock, Esq.
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103-2799
Telephone: 215.981.4000
Facsimile: 215.981.4750
E-mail: videloce@pepperlaw.com

Anne M. Shyjan, Esq.
PEPPER HAMILTON LLP
15th Floor, Oliver Street Tower
125 High Street
Boston, MA 02110-2736
Telephone 617.204.5100
Facsimile 617.204.5150
E-Mail:  shyjana@pepperlaw.com

Attorneys for NEUROGRAFIX

Dated: June 30, 2009         Respectfully submitted,

By:_____/s/_____
   Luke G. Anderson, Esq.
   K&L GATES LLP
   1900 Main Street, Suite 600
   Irvine, CA 92614-7319
   Telephone: 949.253.0900
   Facsimile: 949. 253.0902
   E-Mail: luke.anderson@klgates.com

David T. McDonald, Esq.
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Telephone (206) 623-7580
Facsimile (206) 623-7022
Seattle, WA, 98104-1158
E-Mail: david.mcdonald@klgates.com

Attorneys for WASHINGTON RESEARCH FOUNDATION

Dated: June 30, 2009         Respectfully submitted,

By:_____/s/_____
   Michael R. O'Neill, Esq.
   James D. Hill M.D., Esq.
   McDERMOTT WILL & EMERY LLP
   18191 Von Karman Avenue, Suite 500
   Irvine, CA  92612-7107
   Telephone: 949.851.0633
   Facsimile: 949.851.9348
   E-Mails: moneill@mwe.com
          jhill@mwe.com

Attorneys for OAK TREE MEDICAL CORPORATION and OAK TREE ASC, LLC as Defendants

| | | |
|---|---|---|
| Dated: | June 30, 2009 | Respectfully submitted, |

By:_____/s/_____
George Hampton, Esq.
HAMPTON HOLLEY LLP
2101 E Coast Hwy Ste 260
Corona Del Mar, CA, 92625
Telephone: 949.718.4550
Facsimile: 949.718.4580
E-Mails: ghampton@hamptonholley.com

Attorneys for OAK TREE MEDICAL CORPORATION and OAK TREE ASC, LLC as Cross-claimants

| | | |
|---|---|---|
| Dated: | June 30, 2009 | Respectfully submitted, |

By:_____/s/_____
Michael Adler, Esq.
Joel Tantalo, Esq.
 TANTALO & ADLER LLP
9300 Wilshire Blvd., Suite 550
Beverly Hills, CA 90212
Telephone: 310.734.8695
Facsimile: 310.734.8696
E-Mails: madler@ta-llp.com
              jtantalo@ta-llp.com

Attorneys for JAY TSURUDA, M.D.

4

Dated: June 30, 2009

Respectfully submitted,

By:_____/s/_____
   Richard J. Burdge, Jr., Esq.
   HOWREY LLP
   550 South Hope St.
   Suite 1100
   Los Angeles, CA 90071
   Telephone: 213.892.1800
   Facsimile: 213.892.2300
   E-Mail: BurdgeR@howrey.com

   John M. DiMatteo, Esq.
   Eugene L. Chang, Esq.
   David D. Lee, Esq.
   WILLKIE, FARR & GALLAGHER LLP
   787 Seventh Avenue
   New York, NY 10019
   Telephone: 212.728.8299
   Facsimile: 212.728.9299
   E-Mails: jdimatteo@willkie.com
           echang@willkie.com
           dlee1@willkie.com

Attorneys for PHILIPS ELECTRONICS NORTH AMERICA CORPORATION D/B/A PHILIPS MEDICAL SYSTEMS NORTH AMERICA