JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| NEUROGRAFIX, a California corporation; WASHINGTON RESEARCH FOUNDATION, a not-for-profit Washington corporation,<br><br>Plaintiffs,<br>v.<br><br>OAK TREE MEDICAL CORPORATION, a California corporation, OAK TREE ASC, LLC, a California limited liability corporation; and JAY TSURUDA, M.D., an individual,<br><br>Defendants.<br><br>And All Related Cross-Actions | Case No. CV 08-02923 CAS (JTLx)<br><br>ASSIGNED TO THE HON. CHRISTINA A. SNYDER, CTRM. 5<br><br>**ORDER**<br><br><br><br>**JURY TRIAL DEMANDED** |

**ORDER**

The Court has considered that the Parties entered into a Settlement Agreement, and has considered the Stipulation to Dismiss Action with Prejudice, filed concurrently herewith.

**Error! Unknown document property name.**

[PROPOSED] ORDER

1  **IT IS HEREBY ORDERED** that the entire action be dismissed, with
2  prejudice, without any award of damages, each Party to bear its own costs and
3  attorneys' fees herein incurred.

*[signature: Christina A. Snyder]*

Dated: June 30, 2009

The Honorable Christina A. Snyder
United States District Judge